UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

        Plaintiff,

    v.

WIZFAIR, LLC, et al.,

        Defendants.

Case No.  26-cv-03425-JCS

**REPORT AND RECOMMENDATION RE DISMISSAL**

Plaintiff in this action is proceeding pro se.  On April 24, 2026, the Court denied Plaintiff's application to proceed in forma pauperis. Dkt. no. 6.  Plaintiff brought a Motion for Reconsideration, which the Court denied on May 18, 2026. Dkt. No. 9.   In the May 18, 2026 Order, the Court ordered that Plaintiff pay the filing fee no later than June 1, 2026.  *Id.*  He has not done so. Plaintiff also has not consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c).  Accordingly, this case shall be reassigned to a district judge with the recommendation that the case be dismissed without prejudice on the basis that Plaintiff has not established that he is indigent and has not paid the filing fee.

If Plaintiff objects to this recommendation, he may file an objection within two weeks of the date on which he receives a copy of this Report & Recommendation.

**IT IS SO ORDERED.**

Dated:  June 2, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge